# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCKEE, THEODORE A. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 11/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

601 Market Street
Room 20614,
US Courthouse
Philadelphia, Pa. 19119

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER | Pujkee Associates (See Section VIII for explanation) |
| 2. | Advisory Board | City Year of Greater Philadelphia |
| 3. | Trustee | Temple Univesity |
| 4. | Trustee | Syracuse University |
| 5. | Director | Vera Institute of Justice |
| 6. | Board of Visitors | Temple University Law School, Syracuse University Law School (honorary member) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | ADMINISTRATIVE OFFICE OF PENNSYLVANIA COURTS | $12,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | JOINT COMMISSION (See Secttion VIII FOR EXPLANATION) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law School - Montgomery Alabama | 2/9 to 2/10/12 | Montgomery Alabama | Attend symposium honoring the work of a civil rights attorney | Travel, Food and lodging |
| 2. | Practicing Law Institute | 3/21/12 | New York City | Participate on panel discussing appellate advocacy | Travel |
| 3. | New York University Law School | 3/30 to 4/1/12 | New York City | Participate in Selection of Fellowship Winners from Law School admissions | Travel, lodging, food |
| 4. | Syracuse University Law School | 4/3 to 4/5/2012 | Syracuse New York | Moot Court and Lecture | Travel, Lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | VERA institure of Justice | 6/6/2012 and 6/8/2012 | New York City | Attend Board meeting and meeting of an advisory committee | Travel, loding |
| 6. | VERA institute of Justice | 6/13-14/2012 | New York City | Attend Open House and Board Meeting | Travel Lodging |
| 7. | VERA Institute of Justice | 9/14/2012 | New York City | Attend meeting of an advisory committee | Travel |
| 8. | Harvard Law School | 10/12/2012 | Cambridge Ma. | Participate in Symposium on Cooper v Aaron | Travel, lodging, food |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 2. DR. HORTON COM STOCK (See Section VIII) | | | | | | | | | |
| 3. COCA COLA | A | Dividend | J | T | | | | | |
| 4. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 5. GENERAL ELECTRIC | A | Dividend | | | Closed | 9/6/2012 | J | | |
| 6. JOHNSON AND JOHNSON | A | Dividend | J | T | | | | A | |
| 7. MEMC ELECTR NATLS - SEE SECTION VIII LINE | | | | | | | | | |
| 8. MERCK | A | Dividend | J | T | | | | | |
| 9. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 10. QUALCOMM | A | Dividend | | | Closed | 9/6/2012 | J | A | |
| 11. VEIZON | A | Dividend | J | T | | | | | |
| 12. WHOLE FOODS | A | Dividend | J | T | | | | | |
| 13. SENTINEL FUNDS - SEE SECTION VIII EXPLANATION | A | Dividend | J | T | | | | | |
| 14. CISCO | A | Dividend | J | T | | | | | |
| 15. GENERAL ELECTRIC | A | Dividend | | | Closed | 9/6/2012 | J | A | |
| 16. NORTHEAST UTILITIES | A | Dividend | | | Closed | 10/1/12 | | A | |
| 17. PG&E | A | Dividend | | | Closed | 9/6/2012 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WISCONSIN ENERGY | A | Dividend | | | Closed | 09/06/12 | J | A | |
| 19. WASHINGTON MUTUTAL | A | Dividend | | | Closed | 11/14/12 | J | A | |
| 20. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 21. AMERICAN WASH MUTUAL AWSHX | A | Dividend | | | Closed | 11/14/12 | J | A | |
| 22. EURO PACIFIC | A | Dividend | | | Closed | 11/19/12 | J | A | |
| 23. FRANKLIN FLTG RATE> FCRX | A | Dividend | J | T | | | | | |
| 24. CALVERT INCOME FUND | A | Dividend | J | T | | | | | |
| 25. YUM BRANDS | A | Dividend | | | Closed | 09/06/12 | J | A | |
| 26. PAX WORLD SOCIAL FUND | A | Dividend | J | T | | | | | |
| 27. AMERICAN GROWTH GFACX | A | Dividend | J | T | | | | | |
| 28. PROCTOR AND GAMBLE | A | Dividend | J | T | | | | | |
| 29. BLACKROCK INDUTRIES (BISIX) | A | Dividend | | | Closed | 06/04/12 | J | A | |
| 30. EXXON MOBIL | A | Dividend | | | Closed | 09/06/12 | J | A | |
| 31. GENERAL ELECTRIC | | | J | T | Closed | 09/06/12 | J | A | |
| 32. SEMPRA ENERGY | A | Dividend | J | T | Closed | 09/06/12 | J | B | |
| 33. EHEALTH | A | Dividend | J | T | Closed | 09/06/12 | J | A | |
| 34. Eli Lilly | A | Dividend | J | T | Closed | 09/06/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Water Works | A | Dividend | K | T | Closed | 09/06/12 | J | A | |
| 36. APPLE (AAPL) | A | Dividend | J | T | | | | | |
| 37. STAPLES (See Sec VIII for explanation) | A | Dividend | | | | | | | |
| 38. CARDINAL HEALTH | A | Dividend | | | | | | | |
| 39. Cisco Stockk | A | Dividend | | | | | | | |
| 40. PAX WORLD BALANCED FUND | A | Dividend | | | | | | | |
| 41. CITIZENS FUND FAMILY (see section VIIII) | | | | | | | | | |
| 42. SENTINEL FUNDS FAMILY> | A | Dividend | | | | | | | |
| 43. FPL GROUP INC (SEE EXPLANATION SECTION VIII) | | | | | | | | | |
| 44. PNM RESOURCES INC (SEE SECTON VIII) | | | | | | | | | |
| 45. FLOUR CORP (SEE SECTION VIII) | | | | | | | | | |
| 46. RBC BEARNGS (SEE SECTION VIII) | | | | | | | | | |
| 47. Southern Company (See Section VIII) | | | | | | | | | |
| 48. PDL - Pharaceutical prod dev (See Section VIII) | | | | | | | | | |
| 49. MFS Emerging Growth Fund (See Section VIII). | | | | | | | | | |
| 50. Lenar Corp (See Section VIII) | | | | | | | | | |
| 51. DREYFUS FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. EMBAQ see explanation Section VIII | | | | | | | | | |
| 53. IDEARC INC see explanation Section VIII | | | | | | | | | |
| 54. REBOK see explanatgion Section VIII | | | | | | | | | |
| 55. SSGA TUCKERMAN REIT MUTAL FUND see section VIII | | | | | | | | | |
| 56. BEN AND JERRY'S see explanation section VIII | | | | | | | | | |
| 57. jJOHN HANCOCK JCVCX | A | Dividend | J | T | | | | | |
| 58. FOREST OIL CORP NEW see section VIII | | | | | | | | | |
| 59. FOREST OIL see section VIII | | | | | | | | | |
| 60. DRESHNER RCM BROTECK FUND see ssection VIII | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION I. POSITIONS, LINE 1: As I have reported in the past, I am a general partner in an informal family partnership, the sole asset of which is a multiple dwelling [           ] We now rent out all of the apartments [                    ] [     ] The annual income is minimal. In fact, in all prior years it has operated at a loss.

SECTION IIIB SPOUSES NON-INVESTMENT INCOME: LINE 1: [     ] earened non-investment income from The Joint Commissson in 2012 and also in 2011. In completeitng this report, I realized that my 2011 report imported the data from 2010 that did not reflect this change. Accordingly, please consider this as an amemdment to my 2011 form as she did earn non-investment income from The Joint Commission in 2011 as well

SECTION VII LINE 7 MEMC ELECTR NATLS - THIS SECURITY WAS LISTED ON MY 2011 REPORT (LINE 12) SECTION VII WITH A NOTE TO SEE EXPLANATION IN SECTION VIII. HOWEVER, THERE IS A TYPO IN THAT EXPLANATION AT LINE 3. THAT LINE ACTUALLY REFERS TO THIS SECUIRTY AND NOT TO FIRST ENERGY WHICH IS ACCOUNTED FOR IN LINE 1 ON SECTION VIII.

SECTION VII LINE 13 THIS REPORT LISTS SENTINEL FUNDS FOR THE FIRST TIME AND OMITS CITIZEN FUNDS WHICH HAD BEEN LISTED IN PRIOR REPORTS. SENTINEL PURCHASED THE CITIZEN FUND FAMILY IN 2008 AND THAT CHANGE IN THE INVESTMENT SHOULD HAVE BEEN NOTED ON MY 2008 REPORT AND LISTED AS SENTINEL THEREAFTER. PLEASE ACCEPT THIS ENTRY AS AN AMENDMENT TO EACH OF THE APPLICABLE REPORTS.

AMENDMENT: BY LETTER DATED SEPTEMBER 10, 2013, YOU HAVE ASKED ABOUT THE ACTUAL SENTINEL FUNDS HELD. THEY ARE LISTED ON THE STATEMENTS AS: "SS CORE A SSMIDCAP A." ALSO. YOU HAVE ASKED ME TO IDENTIFY THE SPECIFIC CITIZEN FUNDS WHICH I HELD PRIOR TO THEIR PURCHASE BY SENTINEL. THIS REQUIRES ME TO GO BACK 5 YEARS AND OBTAIN THE NAMES OF FUNDS THAT NO LONGER EXIST. I HAVE NOT PREVIOUSLY BEEN ASKED FOR THE SPECIFIC FUNDS AND HAVE ONLY PROVIDED THE NAME OF THE FUND FAMILY. I HAVE NO IDEA WHY YOU NOW REQUIRE ME TO RESURRECT THE NAMES OF NON EXISTENT FUNDS WHEN I WAS NEVER QUESTIONED ABOUT THIS DURING ALL THE YEARS THAT I SIMPLY LISTED THE FUNDS FAMILY. ADD ANSWER HERE *****

Section VII Line 37- Please note that in preparing this report, I discovered that Staples stockk (SPLS) was erroneously listed on my 2011 report. That security was sold/closed on June 24, 2011 and that should have been reflected accordingly. The income during 2011 wass Amt Code A, type - Dividettd. Value Code for the sale was J and the Gain/Loos was A. Please consider this as an amendment to thee appropriate reports. You will note that the sale recorded on my 2011 report for June 24, 2011 is listed as a partial sale. That was in fact a closure of my position in Staples.

SECTION VIILine 41 - on my prior report I listed various Citizens Funds as havng income during the year (Citizens Growth, Citizens Equity). The Citizens funds were actuallly sold too Sentimnnel Funds prior to 2011. Howevver, the actual data entered in the 2011 reort and prior reports is accurate. I am entering Sentinnel Funds here on line 42 and showing the income during the reporting period. I am not lisitng it as a new buy as it was not a new buy and no new position was purchased in the funnd during 2011.

SECTION VII LINE 43 - note that I previously entered FPL Group on my FDR. Upon reviewing the appropriate history of transactons for the account where that was held, I discovered that FPL was actually closed on October 11, 2005. It was a market sale on that date3 for value code J with a gain/loss of code A.

SECTION VII LINE 44 PNM RESOURCES WAS ACTUALLY CLOSED BY MARKET SALE ON APRIL 12, 2007 for Value Code J with a gain/loss code of A. The income during that reporting period was Amt Code A derived via dividends.

SECTION VII LINE 45. I listed "Flour Corrp" on my 2011 FDR. In trying to find that for this report I realized that that security is actually FLUOR Cor New Del Com. It was closd by market sale onn Novvember 18, 2008 for Value Code J and gain/loss oce A. The income for 2008 was Amt Code A - Dividends. Please consider this as an amendmment to that FDR.

SECTION VII LINE 46 I AM LISTINNG RBC BEARINGS AS IT WAS LISTED ON MY @)!! REPORT. Upon reviewing the statements from the account where that security was held in preparation for this report, I realized that RBC was actually closed by market sale on April 12, 2007 for Value Code J and gain/loss code A. Please consider ths as an amendment to the applicable reports.

SECTION VII LINE 47; Southern Company was listed in error on my 2011 report. It waas sold by market sale for Value Code J and Gain/loss amt A on Julyl 19, 2007. Pleaase consider this as an amendment to the applicable reports.

Section VII LIne 48 I am listing Pharaceutical Prod Dev security on this report because it was listed last year. However, I have not been able to find any such security in any accounts subject to this report. To the best of my belief, that secuirty should have been PDL BioPharma. That secuirty was held only in 2006

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

and the position was closed on June 9, 2006 by Market Sale for Value Code J gain/loss A. The only income during that year was Amt Code A - dividend. Please accept this aa an amemdment to the appropraite FDR.

Section VII Line 49. I am lisitng MFS Emerging Gr Fund here as it was included in my 2011 report.. It was actually purchased in 1997 and closed by Market Sale on June 16 2005. The only income whille held was dividends which were not more than Amt Code A during any year. It was sold for Value Code J and gain/loss Code A.

Section VII LIne 2. DH HOrton was listed in error on prior reports. It was actually sold by Market Sale on October 10, 2008 for Value Code J and Gain/Loss Code A. The security had been purchased on July 7 2003.

Section VII LIne 50. I have listed Lenar Corp here as it was included last year on my FDR. That was an error. It was actually sold on June 20, 2007 by Market Sale for Value Code J with Gain/Loss A.

EXPLANATORY STATEMENT:

 You will note that this report, like many of my prior ;reports, includes several corrections and requested amendments to prior reports. This problem has arisen from holdings in ▮▮▮▮▮ IRA which has been quite actively managed. Because of the way the financial institution holding that account maintained its web site, it was extraordinarily difficult for me to retrieve certain information about certain holdings and positions with the kind of accuracy I would have liked. The web site has been upgraded now to allow more functionality and I assume that these errors will not persist. In addition, if I have not specifically requested the information provided herein to constitute an amendment to the applicable prior FDR, please accept this as such a request.

 Most importantly, I can state to the best of my information and belief that I have not been invovled in any decision in which any of these companies are involved or which impacts on the interest of any of these companies. In additon, because of the small balance in the applicable accounts, I can state that, in any given case, the income during the applicable year would not have exceeded Amount Code A and that all such income would have been dividends which were automiatically reinvested per instrucitons with the financial institution. The Gross Value of any affected position at the end of any applicable reporting period would not have exceeded Value Code J using VAlue Code T. The Gain/loss on transactions in this category would never have exceeded Code C and in all of the situations I have found was actually Value Code A. None of the sales were to a private individual, but all were via market transactions executed by the broker or by my placing an internet order through the brokerage.

 Although this generalized statement is not as specific as it would be had no such errors occurred, I hope it will be accepted as the good faith, honest attempt to correct past errots that it sincerely is. If there are further questons about this, please so inform me.

ADDITIONAL RESPONSE TO LETTER OF SEPT 10, 2013 ASKING FOR ADDITONAL INFORMATION

SECTION VII, LINE 52:

YOU NOTE THAT I PREVIOUSLY LISTED "EMBAQ CORP." I HAVE GONE THROUGH MY PERSONAL RECORDS (USING "QUICKEN" SOFTWARE) AND CONTACTED OUR REPRESENTATIVES AT BOTH OF THE BROKERAGES WHERE WE HAVE ACCOUNTS AND HAVE NOT BEEN ABLE TO FIND ANY INFORMATION ABOUT THIS SECURITY. ACCORDING TO OUR REPRESENTATIVE AT THOSE BROKERAGES, IT WAS NEVER HELD IN ANY ACCOUNT ▮▮▮▮▮▮▮▮▮▮▮▮▮. I MUST HAVE ENTERED THE SECURITY ON MY PREVIOUS REOIRT(S) BASED UPON ENTRIES IN MY "QUICKEN" REGISTRY. THAT INFORMATION IS PARTLY DOWNLOADED FROM FINANCIAL INSTITUTIONS BUT MOSTLY MAINTAINED MANUALLY. I HAVE SEARCHED FOR "EMBAQ" AND VARIOUS SPELLINGS OF THAT NAME AND CAN NOT FIND ANY INFORMATION ABOUT IT. THE BEST INFORMATION I CAN GIVE YOU IS THAT IT WAS PREVIOUSLY ENTERED IN ERROR. SINCE THE TOTAL DOLLAR AMTS OF ALL OF OUR INVESTMENTS ARE SMALL, I WOULD HAVE ESTIMATED THE GROSS VALUE AS BEING VALUE CODE J AND IT IS ALWAYS DETERMINED BY METHOD T. ALSO, FOR THE SAME REASON, ANY INCOME AT THE END OF ANY PERIOD IS ALWAYS PAID AS A DIVIDEND AS OPPOSED TO RENT, ETC., AND THE AMOUNT CODE WOULD NOT EXCEED "A." TO THE BEST OF MY INFORMATION AND BELIEF, THE SECURITY WAS LISTED IN ERROR AND I ENTERED THE INCOME, ETC BASED UPON MY KNOWLEDGE THAT ANY INVESTMENT THAT WE OWN WOULD FALL INTO THOSE CATEGORIES.

 I NOTE, HOWEVER, THAT TO THE BEST OF MY INFORMATION AND BELIEF, I HAVE NOT BEEN INVOVLED IN ANY CASE WHERE "EMBAQ" CORP OR ANY ENTITY WHICH COULD REASONABLY BE CONFUSED WITH THAT COMPANY HAS BEEN INVOLVED.

YOU HAVE ASKED ME TO IDENTIFY THE PRECISE SENTINEL FUNDS OWNED AS OPPOSED TO SIMPLY LISTING THE FUND FAMILY. THE FUNDS AR SENTINEL CAPITAL GROWTH FUND AND SENTINEL SUSTAINABLE CORE OPPORTUNITIES FUND. I NOTE ONCE AGAIN, HOWEVER, THAT, TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF, I HAVE NOT BEEN INVOLVED IN ANY CASE INVOLVING ANY FUND WITHIN THE SENTINEL FAMILY OF FUNDS.
SECTION VII LINE 53,

YOU NOTE THAT I PREVIOUSLY ENTERED IDEARC BUT DID NOT LIST IT THIS YEAR. THAT SECURITY WAS ACTUALLY CLOSED ON DEC 31, 2018 BY MARKET SALE FOR VALUE CODE J WITH A GAIN OF A, AND WAS THEREAFTER LISTED ON SUBSEQUENT REPORTS IN ERROR.

SECTION VII LINE 54

YOU NOTE THAT I PREVIOUSLY ENTERED REBOK BUT DID NOT LIST IT THIS YEAR. THAT SECURITY WAS ACTUALLY CLOSED ON JANUARY 31, 2006 BY MARKET SALE FOR VALUE CODE J WITH A GAIN OF A AND WAS THEREAFTER LISTED ON SUBSEQUENT REPORTS IN ERROR.

SECTION VII, LINE 55

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 11/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

YOU NOTE THAT I PREVIOUSLY ENTERED SSGA TUCKERMAN REIT MUTUAL FUND BUT DID NOT LIST IT THIS YEAR. THAT SECURITY WAS ACTUALLY CLOSED ON AUGUST 16, 2007 BY MARKET SALE WITH A VALUE CODE OF J AND A GAIN OF A AND WAS THEREAFTER LISTED ON SUBSEQUENT REPORTS IN ERROR.

SECTION VII, LINE 56

YOU NOTE THAT I PREVIOUSLY LISTED BEN AND JERRY'S BUT DID NOT LIST IT THIS YEAR. THAT SECURITY WAS ACTUALLY CLOSED ON AUGUAT 16, 2000 BY MARKET SALE WITH A VALUE CODE OF J AND A GAIN OF A AND WAS THEREAFTER ENTERED IN ERROR.

SECTION VII, LINE 58

YOU NOTED THAT I PREVISOUSLY ENTERED FOREST OIL CORP NEW BUT DID NOT LIST IT THIS YEAR. THAT SECURITY WAS CLOSED ON 12/31/2011 BY MARKET SALE FOR VALUE CODE J WITH GAIN CODE A AND WAS ERRONEOUSLY LISTED ON MY INITIAL FDR FOR 2012.

SECTION VII LINE 59

YOU HAVE NOTED THAT I PREVIOUSLY ENTERED FOREST OIL BUT DID NOT LIST IT THIS YEAR. THAT SECURITY IS THE SAME AS FORET OIL CORP NEW AS EXPLAINED IN THE EXPLANATION FOR LINE 58 SET FORTH ABOVE

SECTION VII LINE 60

YOU HAVE NOTED THAT I PREVIOUSLY ENTERED DRESHNER RCM BROTECK BUT DID NOT LIST IT THIS YEAR. I am embarassed to report that I can find no information about this entry. In fact, I have done a Google check and called representatives at both brokerages where we have had accounts and no one knows of this fund/equity. It appears that I was referring to "Dresdner RCM Biotechnology" which has a ticker symbol of DRBNX, but neither brokerage has any record of that fund being held in _____ account, _____ IRA, m,y IRA or either _____ accounts. I must have entered this fin reliance on my checking register at home and not downloaded the information when filling out prior reports. I can represent that, to the best of my knowledge and belief, I have never participated in any adjudication where Dresdner RCM Biotechnology, its fund family, or any similarly named fund or fund family was involved. I am hopeful that this will satisfy the Committee. , I do not know what else I can do to try to track this down. I have run another search of my checking register and now can not find any reference to it. I am assuming that what happened is that I first listed this on an FDR for a particular year in error and thereafter, not having any information that a position in this company was closed during the applicable year, simply continued to report it using the appropriate codes as I know that any income from any of our investments is only dividend income and the amounts we are able to invest are always at the lowest applicable code. Therefore, seeing no indication of a divesting sale, I must have simply entered the codes that I knew would have applied had that investment been in one of our accounts.

i can confirm that, to the best of my knowledge, information and belief, I have never been involved in any case where this company was invovled.

To reiterate, pleae let me know if there is anything else that I can do to resolve the 2012 repoort.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THEODORE A. MCKEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544